UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA § <br> For the Use and Benefit of § <br> CMH MANUFACTURING, INC, d/b/a § <br> CLAYTON HOMES § <br> § <br> Plaintiff § <br> § <br> THE WARRIOR GROUP, INC., HENSEL § <br> PHELPS CONSTRUCTION CO. and § <br> TRAVELERS CASUALTY AND SURETY § <br> COMPANY OF AMERICA § <br> § <br> Defendants § | | C.A. #5:12-CV-00195-XR |

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LAWSUIT PENDING ARBITRATION

COME NOW the Defendants, The Warrior Group, Inc. ("Warrior"), Hensel Phelps Construction Co. ("Hensel Phelps"), and Travelers Casualty and Surety Company of America ("Travelers") and files their Reply to Plaintiff's Response to Defendants' Motion to Compel Arbitration and Stay Lawsuit Pending Arbitration.

1.      Defendants agree with the form of the order submitted by Plaintiff with its Response to Defendants' Motion to Compel Arbitration and Stay Lawsuit Pending Arbitration (Document 15-1) and request entry of the Order.

WHEREFORE, Defendants pray that the Court enter Plaintiff's Order (Document 15-1) compelling arbitration and staying the lawsuit pending arbitration.

Respectfully submitted,

/s/ Anthony D. Whitley

Defendants' Reply to Plaintiff's Response to Dedants' Motion
to Compel Arbitration and Stay Lawsuit Pending Arbitration                                Page 1
1160-026/122235

State Bar No. 24043990
adwhitley@fordnassen.com
Timothy D. Matheny
State Bar No. 24000258
tdmatheny@fordnassen.com
FORD NASSEN & BALDWIN P.C.
One Riverway Suite 2070
Houston, TX 77056
Telephone: (713) 461-3324
Facsimile: (713) 961-3555

ATTORNEYS FOR DEFENDANTS
THE WARRIOR GROUP, INC., HENSEL
PHELPS CONSTRUCTION CO. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile transmission on the 8th day of June 2012 on all counsel or parties of record listed below.

Thomas J. Walthall Jr.
GARDNER LAW
745 E. Mulberry Suite 500
San Antonio, TX 78212-3149
(210) 733-5538

          /s/ Anthony D. Whitley

Defendants' Reply to Plaintiff's Response to Defendants' Motion
to Compel Arbitration and Stay Lawsuit Pending Arbitration  Page 2
1160-026/122235