FILED

JUN 28 2012

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA §<br>For the Use and Benefit of §<br>CMH MANUFACTURING, INC, d/b/a §<br>CLAYTON HOMES, §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§<br>THE WARRIOR GROUP, INC., HENSEL §<br>PHELPS CONSTRUCTION CO. and §<br>TRAVELERS CASUALTY AND SURETY §<br>COMPANY OF AMERICA, §<br>§<br>Defendants. | CIVIL ACTION<br><br>NO. 5:12-cv-00195-XR |

## ORDER

Upon consideration of the Defendants Motion to Compel Arbitration, and Plaintiff's Response, the Court GRANTS the Motion to Compel Arbitration. This litigation is STAYED. Because all proceedings in this case are stayed pending resolution of the arbitration, this case is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay .... ").

The Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court

and may be reopened upon request of any party or on the Court's own motion. *Mire*, 389 F.3d at 167. Defendants shall file a status report every sixty days, beginning July 1, 2012.

SIGNED this 28th day of June, 2012.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE